IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cr-60225-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM JONATHAN LOWE,

    Defendant.

_____/

**DEFENDANT'S SENTENCING MEMORANDUM IN RE:**
**COURT'S RECOMMENDATION FOR DESIGNATION**

**COMES NOW** the Defendant, ADAM JONATHAN LOWE, by and through his undersigned counsel, and moves this Honorable Court to recommend that the Defendant be designated to one of the following institutions, <u>if</u> incarcerated, in order of preference, for the service of any sentence of incarceration which may be imposed on May 16, 2025, or any date thereafter:

1. FPC Allenwood (Pennsylvania)
2. USP Canaan (Pennsylvania)
3. FPC Fort Dix Satellite (New Jersey)

As grounds therefore, the Defendant would aver that he is a Pennsylvania resident with friends, his wife and family members largely within the region of these facilities. As the Defendant is requesting recommendation of this Honorable Court for entry into the Residential Drug Abuse Program ("RDAP"), he further urges that the Court recommend one of the above facilities where "RDAP" is available.

WHEREFORE, the Defendant respectfully urges the Court's favorable consideration of this Memorandum in re: Court's Recommendation for Designation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 25, 2025, the foregoing document has been electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day to all counsel of record or pro se parties, either via Transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ *David A. Frankel*

DAVID A. FRANKEL
Law Offices of David A. Frankel, P.A.
Attorneys for Defendant
4601 Sheridan Street, Suite 212
Hollywood, FL 33021
(954) 683-0300
David@BlueLotuslaw.com
eService@BlueLotusLaw.com
Paralegal@BlueLotusLaw.com
FLA. BAR NO. 741779